[No. 39195-3-II.   Division Two.   November 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. S.B., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-8-02313-1, Kathryn J. Nelson, J., entered April 8, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Bridgewater, J.

[No. 39268-2-II.   Division Two.   November 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD H. KANG, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00195-7, F. Mark McCauley and David L. Edwards, JJ., entered May 4, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 39424-3-II.   Division Two.   November 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EUGENE VICK, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00735-3, Richard L. Brosey, J., entered June 10, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Hartman, J. Pro Tem.

[No. 39483-9-II.   Division Two.   November 2, 2010.]

*In the Matter of the Marriage of* VERNON RUSSELL BLANK, *Respondent*, and AMANDA L. BLANK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-04576-9, Lisa R. Worswick, J., entered June 12, 2009. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Van Deren, JJ.